**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7562**

ROBERT GRAHAM, JR.,

        Plaintiff - Appellant,

    v.

STATE OF SOUTH CAROLINA; FLORENCE COUNTY COURT SYSTEMS; ALAN WILSON, South Carolina Attorney General,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, District Judge.  (6:21-cv-00769-TMC)

Submitted:  April 29, 2022                          Decided:  May 17, 2022

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Graham, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Graham, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Graham's 42 U.S.C. § 1983 complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A. He also appeals the denial of his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Graham v. South Carolina*, No. 6:21-cv-00769-TMC (D.S.C. Sept. 30 & Nov. 1, 2021). We deny Graham's motions to place the case in abeyance, for remand, to appoint counsel, and to amend sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*